# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0537.  ARTHUR SHERMAINE BUSSEY v. THE STATE.**

In September 2010, Arthur Shermaine Bussey pleaded guilty to aggravated assault and possession of a firearm by a convicted felon and was sentenced to eight years, with the first three to be served in confinement and the remainder on probation. His probation was revoked in 2015.  In 2016, Bussey filed a motion in arrest of judgment, which the trial court denied.  Bussey filed a timely notice of appeal to the Georgia Supreme Court, which transferred the case to this Court.  See *Bussey v. State, Case No. S18A0026 (decided August 28, 2017).*

"[A] motion in arrest of judgment is only appropriate for addressing any nonamendable defect appearing on the face of the record, OCGA § 17-9-61, which, in a criminal case, consists of the indictment, plea, verdict, and judgment." *Welborn v. State*, 232 Ga. App. 837, 837-838 (1) (503 SE2d 85) (1998) (punctuation omitted). Although he titled his motion as one in arrest of judgment, Bussey did not challenge any nonamendable defect appearing on the face of the record.  Rather, Bussey challenges his convictions as void due to an allegedly defective arrest warrant. "[T]here is no magic in the nomenclature used.  Under our rules, pleadings are judged by their function and not the name used." *Masters v. Clark*, 269 Ga. App. 537, 539 (604 SE2d 556) (2004)  (citation and punctuation omitted).  Here, Bussey's motion was in substance a motion seeking to vacate his convictions as void.  A post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed.  *Williams v. State*, 287 Ga. 192, 192, 194 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  Accordingly, this

appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  10/26/2017
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*